UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Alicia Williams

                Plaintiff,

        -against-

City of New York, et al.

                Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11046 (PKC)(JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____

\___ Inquest After Default/Damages Hearing

\___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\___ Habeas Corpus

\___ Social Security

\___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

DATED: New York, New York
         February 11, 2008