# MEMO ENDORSED

# STOLL, GLICKMAN
# & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

*[Handwritten endorsement: Conference adjourned from June 11 to June 23, 2008 at 9:30 a.m. SO ORDERED USDS 6-9-08]*

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street, Room 2260
New York, 10007 NY

June 09, 2008

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6-9-08]*

Re: Alicia Williams v. City of New York et al,
    07 CV 11046 (PKC)(DCF)

Your Honor,

I am plaintiff's counsel in the above-referenced case. On May 28, 2008, the Court set a status teleconference for June 11, 2008 at 3:30 P.M. This morning plaintiff called chambers and was given permission to write this request to adjourn via facsimile.

Plaintiff requests, with defendant's consent, permission to adjourn the status teleconference. The parties have previously had scheduled a status teleconference with Magistrate Freeman on this case for Thursday, June 12, 2008 at 3:30 P.M. regarding settlement, towards which both parties are making progress.

Yours truly,

*[Signature]*

Cynthia Conti-Cook, #CC0778
Associate, Stoll Glickman & Bellina L.L.P.

CC:
Senior Corp. Counsel Afsaan Saleem
New York City Law Dept.
100 Church Street Fl. 4
New York, NY 10007
VIA FACSIMILE: (212)-788-9776