UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
Alicia Williams

                Plaintiff,                    07 Civ. 11046 (PKC)

       -against-                    **ORDER OF DISMISSAL**

City of New York
                Defendant
--------------------------------------x

      [USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6/13/08]

      The Court having been advised that all claims asserted herein have been settled, it is

      **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot.

                                                                      **P. Kevin Castel**
                                                             **United States District Judge**

Dated: New York, New York
       June 13, 2008