UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

ALICIA WILLIAMS,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,
WARDEN FIDEL GONZALEZ AMKC, CORRECTION
OFFICERS JANE DOE 1-3, CORRECTION OFFICER
JOHN DOE 1-5,

                                    Defendants.

------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

07 CV 11046 (PKC) (DCF)

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 5, 2007, alleging violations of her federal and state rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.      The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.      Defendant City of New York hereby agrees to pay plaintiff Alicia Williams, Seven Thousand Five Hundred Dollars ($7,500.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this

sum, plaintiff agrees to dismissal of all the claims against defendants, and to release defendants

Martin F. Horn, Fidel Gonzalez[1] and City of New York and any present or former employees or

agents of the City of New York or any agency thereof, from any and all liability, claims, or rights

of action arising from and contained in the complaint in this action, including claims for costs,

expenses and attorney fees.

3.      Plaintiff shall execute and deliver to the defendants' attorney all

documents necessary to effect this settlement, including, without limitation, General Releases

based on the terms of paragraph "2" above and an Affidavit of No Liens.

4.      Nothing contained herein shall be deemed to be an admission by any of

the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any

other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of

the United States, the State of New York, or the City of New York or any other rules, regulations

or bylaws of any department or subdivision of the City of New York.  This stipulation shall not

be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.      Nothing contained herein shall be deemed to constitute a policy or practice

of the City of New York of the New York City Department of Correction.

---

[1] Being sued herein as "Department of Correction Commissioner Martin F. Horn" and "Warden
Fidel Gonzalez AMKC."

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
        June 23, 2008


STOLL, GLICKMAN & BELLINA, LLP
*Attorney for Plaintiff*
71 Nevins Street
Brooklyn, NY 11217
(212) 852-3710


By: _____
     Cynthia Conti-Cook

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3-192
New York, New York 10007
(212) 788-9580


By: _____
     AFSAAN SALEEM
     Assistant Corporation Counsel


SO ORDERED:
_____
U.S.D.J.
6-24-08